Submitted December 15, 1975. *William W. Stainton,* and *Arnold, Bricker, Beyer & Barnes,* for appellant; *Louise G. Herr,* Assistant District Attorney, and *D. Richard Eckman,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed.

SPAETH, J., concurs in the result. *Commonwealth v. Mitchell,* —— Pa. ——, 346 A.2d 48, 50-53 (1975); but see *Commonwealth v. Quarles,* 229 Pa. Superior Ct. 363, 324 A.2d 452, 464-465, 466-467 (1974).

## Commonwealth *v.* Williams, Appellant.

Before MEADE, J.

Submitted September 8, 1975. *Robert J. Glickman,* for appellant; *Stephen Levin, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed.

HOFFMAN, J., dissents for reasons stated in his dissenting opinion in *Commonwealth v. Williams,* 230 Pa. Superior Ct. 72, 86, 327 A.2d 367 (1974).

## Commonwealth *v.* Williams, Appellant.

Before ROWLEY, J.